## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NO.: 2:14-cv-01585-JPS |
| NORTHERN CONCRETE CONSTRUCTION, INC., and LONG PRAIRIE PACKING CO., LLC, | ) ) ) | |
| Defendants, | ) ) | |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Amerisure Insurance Company, and Defendants, Northern Concrete Construction, Inc. and Long Prairie Packing, LLC, stipulate to the voluntary dismissal of this action without prejudice and without any impediment to Plaintiff's ability to re-file should circumstances so warrant, and to the entry of the proposed Agreed Order attached hereto. Each Party shall bear its own attorneys' fees and costs.

By: s/ Donald E. Elder

Donald E. Elder
Emerson & Elder, P.C.
53 West Jackson Blvd.
The Monadnock Building
Suite 526
Chicago, Illinois 60604
312-520-2502
dee@emersonelder.com

By: s/ Roy E. Wagner

Roy E. Wagner
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 1000
Milwaukee, WI 53202-4427
414-287-1250
rwagner@vonbriesen.com

1

By: ___s/ Stacy A/ Broman____

Stacy A. Broman,
MEAGHER & GEER, PLLP
33 South Sixth Street, Ste. 4400
Minneapolis, MN  55402
Tel:     (612) 338-0661
Email: sbroman@meagher.com

2