UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO.: 2:14-cv-01585-JPS<br>) |
| NORTHERN CONCRETE CONSTRUCTION, INC., and LONG PRAIRIE PACKING, LLC | )<br>)<br>)<br>) |
| Defendants, | )<br>) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Amerisure Insurance Company, and Defendants, Northern Concrete Construction, Inc. and Long Prairie Packing, LLC, stipulate to the voluntary dismissal of this action, with prejudice, and to the entry of the proposed Agreed Order attached hereto. Each Party shall bear its own attorneys' fees and costs.

By: s/ Donald E. Elder

Donald E. Elder
Emerson & Elder, P.C.
53 West Jackson Blvd.
The Monadnock Building
Suite 526
Chicago, Illinois 60604
312-520-2502
dee@emersonelder.com

By: s/ Roy E. Wagner

Roy E. Wagner
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 1000
Milwaukee, WI 53202-4427
414-287-1250
rwagner@vonbriesen.com

By: s/ Stacy A. Broman

Stacy A. Broman,
MEAGHER & GEER, PLLP
33 South Sixth Street, Ste. 4400
Minneapolis, MN 55402
Tel: (612) 338-0661
Email: sbroman@meagher.com

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO.: 2:14-cv-01585-JPS |
| NORTHERN CONCRETE CONSTRUCTION, ) INC., and LONG PRAIRIE PACKING, LLC ) | |
| Defendants, ) | |

## ORDER OF DISMISSAL

The Court, having jurisdiction over the parties and having been notified that Plaintiff Amerisure Insurance Company and Defendants Northern Concrete Construction, Inc. and Long Prairie Packing Company, LLL have reached a settlement in this matter, hereby dismisses this matter in its entirety, pursuant to Fed. R. Civ. P. 41, with prejudice and with each Party to bear its own costs and expenses.

DONE AND ORDERED in Chambers at Milwaukee, WI, this ___ day of _____, 2016.

HONORABLE J P STADTMUELLER
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ef