# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERISURE INSURANCE COMPANY,<br><br>                                    Plaintiff,<br>v.<br><br>NORTHERN CONCRETE<br>CONSTRUCTION, INC. and LONG<br>PRAIRIE PACKING, LLC,<br><br>                                    Defendants. | Case No. 14-CV-1585-JPS<br><br><br><br>**ORDER** |

      Plaintiff initiated this action on December 22, 2014. (Docket #1). On October 16, 2015, the parties filed a stipulation of dismissal without prejudice. (Docket #23). The Court adopted that stipulation and dismissed the matter without prejudice and with each party to bear its own costs. (Docket #24). On September 19, 2016, nearly a year after the Court dismissed this case, the parties filed a new stipulation of dismissal, advising that they have reached a settlement and this time seeking dismissal with prejudice. (Docket #25). The stipulation is not accompanied by any explanation as to why the Court needs to revisit the dismissal it entered a year ago. Nevertheless, if the parties want to ensure that the claims in this case are gone for good, the Court has no reason to deny the requested relief. Therefore, the Court will adopt the parties' stipulation of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #25) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs or attorney's fees to any party.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2016.

BY THE COURT:

*s/ J. P. Stadtmueller*
J.P. Stadtmueller
U.S. District Judge